UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MARTINEZ, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-01271-TLN-CKD<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 31, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 31, 2023, are ADOPTED IN FULL;

    2. Plaintiff's complaint is DISMISSED as duplicative of his pending action in the Central

District of California;

3. Plaintiff's motion to correct the filing fees (ECF No. 12) is GRANTED to the extent that the Finance Unit is directed to refund any partial payment of the filing fees that were collected for this case; and

4. The Clerk of Court is directed to serve a copy of this order on the Finance Unit and the Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

Date: June 26, 2023

_____
Troy L. Nunley
United States District Judge

2